UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 20-17869
Patricia Gistarb, )
) Chapter: 13
) Honorable LaShonda Hunt
) Joliet
Debtor(s) )

## ORDER GRANTING MOTION FOR LEAVE TO SELL REAL PROPERTY

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is ORDERED:

1. The motion is GRANTED.

2. The Debtor is granted leave to sell the real property located at 4412 Washington Drive, Richton Park, Illinois 60471.

3. The Debtor is permitted to retain the first $15,000.00 of the sale proceeds as her homestead exemption.

4. All non-exempt net funds, after all liens on the property are satisfied, shall be paid to the Chapter 13 Trustee to be applied to the Debtor's Chapter 13 plan.

5. The Debtor shall send the Trustee a copy of the closing statement within 14 days of closing.

Enter: *LaShonda A. Hunt* (signature)

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: July 09, 2021

**Prepared by:**

John J. Ellmann, A.R.D.C. #6257894
Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-8100
davidsiegelbk@gmail.com